JOSEPH E. RALPH ET AL., PLAINTIFFS IN ERROR, v. THE BOROUGH OF ATLANTIC HIGHLANDS ET AL., DEFENDANTS IN ERROR.

Submitted March 27, 1900—Decided June 18, 1900.

On error to the Supreme Court.

For the plaintiffs in error, *Aaron E. Johnston.*

For the defendants in error, *James B. Northrop* and *John E. Foster.*

PER CURIAM.

The judgment brought up by this writ of error must be affirmed upon the grounds stated in the *per curiam* memorandum filed in the Supreme Court.

*For affirmance*—MAGIE (CHANCELLOR), DEPUE (CHIEF JUSTICE), VAN SYCKEL, GARRISON, LIPPINCOTT, GUM-MERE, LUDLOW, BOGERT, HENDRICKSON, ADAMS, VRE-DENBURGH, VOORHEES. 12.

*For reversal*—None.